United States District Court
MIDDLE District OF FLORIDA
Ocala Division

Raimundo A. Hogan,
    Plaintiff,

       V

Bureau OF Alcohol, Tobacco,
Firearms and Explosives,
      Defendant,

Case no. 5:25-cv-324-MMH-PRL

## Motion For Mandamus
### Pursuant to 28 U.S.C. §§ 1361, 1651

Comes Now, Raimundo A. Hogan, a pro se; petitioner Moves this Court to hear and accept this motion seeking Mandamus Relief, pursuant to 28 U.S.C. §§ 1361, -1651.

## Procedure History

1) On or about Nov. 25, 2024, petitioner (Plaintiff) filed an Information Of Freedom request to the Bureau OF Alcohol, Tobacco, Firearms (ATF)

(1)

requesting Information, pertaining to Plaintiff's "Criminal prosecution".

<u>Wherein</u>, plaintiff recieved a response informing plaintiff to refile and submit a Certification of Identity (DOJ-361) response date <u>12-10-24</u>. <u>Whereby</u> Plaintiff refiled the <u>Freedom of Information</u> request <u>WITH</u> a Certified Certificate of Indentity (Form-361) refiled date <u>12-20-24</u> "<u>However</u> Plaintiff recieved <u>ANOTHER</u> response again requesting a Certification of Identity Form, response date <u>2-28-25</u>, But on <u>2-18-25</u> plaintiff recieved a response that did not cite that Plaintiffs <u>Freedom of Information</u> (refiled) request was Lacking the Certification of Identity Form. But in a Bundle of Caution plaintiff resubmitted the required forms on March 12, 2025 (delivered). <u>Whereupon</u> the Bureau of Alcohol, Tobacco, Firearms, and Explosives' <u>HAD</u> 20 business days, to provide Plaintiff with the requested Information pursuant to <u>5 U.S.C. 552</u>. <u>MOREOVER</u>, plaintiff has filed an <u>APPEAL</u> to the 'Director, Office of Information, appealed on 5-5-25 (recieved)' 1425 New York Ave, N.W Washington, DC. 20530-0001. <u>As such</u>, plaintiff has <u>NOT</u> received a response which was Due 10 days after the appeal (request) is received by plaintiff.

(2)

# Mandamus Relief

2) Plaintiff avers that the Writ of Mandamus relief is proper because plaintiff has no other adequate means to compel the Bureau of Alcohol, Tobacco, Firearms, Explosives (ATF) to provide Plaintiff with the requested "Freedom of Information." United States v Shalhoub, 855 F. 3d 1255-59 (11th Cir 2017). Furthermore, plaintiff has a Constitutional right to receive the requested Information pursuant to 5 U.S.C. 552(a)(3) "Office of the Capital Collateral Counsel, N. Region of Fla. v. Dep't of Justice, 331 F. 3d 799, 802 (11th Cir 2003)(FOIA requires Federal agencies, upon request for records that reasonably describe documents held by that agency, to make those documents that falls within the class requested promptly available to any person 5 U.S.C. & 552(a)(3). Wherefore, plaintiff request that the Court Compel the Bureau of Alcohol, Tobacco, Firearm (ATF) to PROVIDE plaintiff with the requested Information." United States v Pleau, 680 F. 3d 1, 4 (1st Cir 2012)(Writs of prohibition and Mandamus both authorized under 28 U.S.C. & 1651, are "two sides of the same coin with interchangeable standards)

## Conclusion

Based on the foregoing, Plaintiff request that this Motion For Mandamus Relief be Granted. And the Court Compels the Bureau of Alcohol, Tobacco, Firearms, Explosives (ATF) to provide Plaintiff with the requested Information.

I, Raimundo Antonio Hogan, Declare and Certify under penalty of Perjury under the laws of the United States that the Above Statements are TRUE, & CORRECT.

Raimundo A. Hogan
Federal Correctional Complex-Low
P.O. Box 1031
Coleman, Florida 33521
Submitted on 5-19-25

(4)

Raimundo A. Hogan" 67735-018
Federal Correctional Complex-Low
P.O. Box 1031
Coleman, Florida 33521

TAMPA FL 335
SAINT PETERSBURG FL
20 MAY 2025  PM 3  L

SCREENED
By USMS

Clerk OF Court
207 Northwest Second Street.
Ocala, Florida, 34475-6603

34475-660399

Legal Mail

